# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv295

| | |
|---|---|
| PURE COUNTRY, INC., )  )   Plaintiff, )  ) Vs. )   **ORDER**  ) THE TRAVELERS INDEMNITY )  COMPANY OF AMERICA, )  )   Defendant. )  _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Extend Page Limitation. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Extend Page Limitation (#17) is **GRANTED,** and both the supporting and the responsive briefs may be up to 35 pages.

Signed: August 4, 2008

_____
Dennis L. Howell
United States Magistrate Judge