IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv295

| | |
|---|---|
| PURE COUNTRY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| THE TRAVELERS INDEMNITY ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's second Motion to Extend Page Limitation. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Extend Page Limitation (#20) is **DENIED** as moot.

Signed: August 4, 2008

Dennis L. Howell
United States Magistrate Judge